# WR-25,474-11

In The Court of

Criminal Appeals of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk

Ex Parte                                        Tr. Ct. No. 964708-G

Victor Carr

Petitioner                                      WR-25,474-11


Petition For Discretionary

Review


To The Honorable Justices;


Comes Now, Victor Carr, Petitioner herein, being a layman at law, confined at Kyle Unit, Texas, bring this petition for discretionary review and states:


Petitioner Recieved Notice 7-6-15 from this Court of Criminal Appeals, stating my application for writ of habeas is dismissed as moot and motion to reply to state's answer and for court's findings is dismissed.


Petitioner's discretionary review seeks clarification:


i) By law and/or constitution is the Board of Parole bound by the authority of and/or restrictions of

Tex. Gov't Code 508.282 deadline?

2) By law and/or constitution (State and/or Federal), is the State bound by the laws to which it legislate as code of law (508.282 deadline)?

2) By law and/or constitution (State and/or Federal), factually and/or legally, do my incarceration, pursuit to violation of Tex. Gov't Code 508.282, statute of limitation, constitute illegal incarceration.

Petitioner brings to the attention of this Honorable Court, it has consistly warned the Parole Board of its illegal practice, regarding Tex. Gov't Code 508.282 but has yet to hold the Parole Board Board accountable for their illegal practices not to follow said laws,

It is time for this Honorable Court to resolve this issue once and for all in the interest of justice

Petitioner state for the questions and/or answers thereof, his petition should not be dismissed as Moot.

Victor Carr #1992063                    Respectfully Submitted

23001 I H-35                            Victor Carr

Kyle, Tx 78640